JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Shafique Patel,

        Plaintiff,

  v.

Corporal Michael Curtis,

        Defendant.

Case No. EDCV 17-1925-MWF-(SPx)

The Honorable Michael W. Fitzgerald, United States District Judge

**JUDGMENT AFTER TRIAL**

     This action came on regularly for jury trial between January 7, 2020 and January 16, 2020, in Courtroom 5A of this United States District Court. Plaintiff Shafique Patel was represented by Kevin Cortright and Sunny Delitala of the Law Offices of Kevin Cortright. Defendant Corporal Michael Curtis was represented by Bruce Emery Disenhouse of Disenhouse Law APC. All claims other than Shafique Patel's claim for excessive force against Corporal Michal Curtis pursuant to 42 U.S.C. § 1983 were dismissed prior to trial.

     A jury of seven persons was regularly empaneled and sworn. Witnesses were sworn and testified and exhibits were admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court

1

and the cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict as follows:

**Excessive Force**

**Question 1**: Did Corporal Michael Curtis use excessive force against Shafique Patel?

Yes _x_          No ___

*If you answered "Yes", please continue to Question 2.  If you answered "No", please skip the remaining questions, sign and date the form on page 3.*

**Causation**

**Question 2**: Were the injuries to Shafique Patel caused by the excessive force used by Corporal Michael Curtis? ("Caused" is defined in Instruction No. 17.)

Yes _x_          No ___

*If you answered "Yes", please answer Question 3 and do **not** answer Question 4.*
*If you answered "No", please answer Question 4 and do **not** answer Question 3.*

**Damages**

**Question 3**: What are Shafique Patel's damages?
Medical Expenses: $17,000 (as agreed by the parties)
Pain and suffering (as defined in Instruction No. 18): $100,000
*Please answer Question 5.*

**Question 4**: What are Shafique Patel's nominal damages, which can be no more than $1?

$ _____

*Please answer Question 5.*

**Question 5**: Did Corporal Michael Curtis act with malice, oppression, or in reckless disregard of Shafique Patel's rights?

Yes ___      No _x_

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in this action in favor of Plaintiff be entered as follows:

1. As to Plaintiff's claim for relief for excessive force in violation of 42 U.S.C. § 1983: Judgment is entered in favor of Plaintiff Shafique Patel and against Defendant Corporal Michael Curtis as follows: $117,000.
2. As the prevailing party, Plaintiff Shafique Patel may file an application to recover his reasonable costs and attorneys' fees in accordance with 42 U.S.C. § 1988(b).

Dated: February 18, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge